O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL ANGEL GOMEZ, | ) | CASE NO. CV 10-01922 PA (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MIKE McDONALD, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of MIGUEL ANGEL GOMEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 10, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE